**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

Debtor: **James Benton & Melba Goliszeski,**          Case No. _____

_____/

### Chapter 13 Plan

**Monthly Plan Payment**: Including trustee's fee and beginning 30 days from the filing/conversion date, Debtor shall pay to the trustee for a period of 60 months.

A.      $209   for 60  months, in order to pay the following creditors:

**Administrative Fees**:

Attorney fees paid are $1176 paid prior to filing and $1400  to be paid through the plan.

Trustee fee of 10% of the total paid through the plan.

**Secured Creditors**: None.

**Priority Creditors:** Florida Department of Revenue - Child support: $9,900, to be paid 100% through the plan.

**Non-Dischargeable Debts paid 100% through the plan**: None

**General Unsecured Creditors**: Debtor shall pay the unsecured creditors pro rata, any excess funds, after administrative fees and payments to secured creditors.

The trustee shall pro rate and first apply all funds to cure the arrearages of the secured creditors, and then the priority creditors.  The trustee shall then pro rate payments among the general unsecured creditors.


    /s/ James Benton
Debtor                                                                 Adrian R. Lynn, Esq.
                                                                       Adrian Lynn & Associates, P.A.
                                                                       Attorney for Debtor
     /s/ Melba Goliszeski                                              2080 Collier Ave.
Debtor                                                                 Fort Myers, Florida 33901
                                                                       (239) 332-3720
                                                                       FAX: (941) 866-9049

Dated:      6/23/2009

                                                                       By :       /s/   Adrian R. Lynn