UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Debtor: **James Benton & Melba Goliszeski,**                    Case No.     9:09-bk-13467-ALP

_____/

### Chapter 13 Plan

**Monthly Plan Payment**: Including trustee's fee and beginning 30 days from the filing/conversion date, Debtor shall pay to the trustee for a period of 60 months.

A.      $209    for 1  months, in order to pay the following creditors:
B.      $965    for 59 months, in order to pay the following creditors:

**Administrative Fees**:

Attorney fees paid are $1176 paid prior to filing and $1400 to be paid through the plan.

Trustee fee of 10% of the total paid through the plan.

**Secured Creditors**:

Secured Creditors: CitiMortgage holds a first mortgage and NationStar holds a second mortgage on debtors' homestead real estate at 2153 Gardenia Circle West, North Fort Myers, FL 33917. CitiMortgage payments of $685 monthly and an estimated arrearage of $2,000, will be paid THROUGH the plan; trustee shall make two monthly payment for adequate protection payments. NationStar will be treated as a general unsecured creditor.

**Priority Creditors:** Florida Department of Revenue - Child support: $9,900, to be paid 100% through the plan.

**Non-Dischargeable Debts paid 100% through the plan**: None

**General Unsecured Creditors**: Debtor shall pay the unsecured creditors pro rata, any excess funds, after administrative fees and payments to secured creditors.

The trustee shall pro rate and first apply all funds to cure the arrearages of the secured creditors, and then the priority creditors. The trustee shall then pro rate payments among the general unsecured creditors.

    /s/ James Benton_____
Debtor                                                             Adrian R. Lynn, Esq.
                                                                   Adrian Lynn & Associates, P.A.
                                                                   Attorney for Debtor
    /s/ Melba Goliszeski_____                              2080 Collier Ave.
Debtor                                                             Fort Myers, Florida 33901
                                                                   (239) 332-3720
                                                                   FAX: (941) 866-9049

Dated:      10/21/2009_____

                                                                   By :     /s/   Adrian R. Lynn_____