UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:     James Benton & Melba Goliszeski          Case No. 9:09-bk-13467-BSS
                                                    Chapter 13

           Debtors.
_____/

MOTION FOR COURT APPROVAL OF SETTLEMENT AGREEMENT REGARDING THE MOTION FOR SANCTIONS AS TO NATIONSTAR MORTGAGE FOR VIOLATION OF 11 USC SECTION 362 OF BANKRUPTCY CODE

> NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING
>
> Pursuant to Local Rule 2002-4, the Court will consider this motion without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 801 N. Florida Avenue, Suite 555, Tampa FL 33602-3899, and serve a copy on the movant's attorney, Adrian R. Lynn, Esq., P.O. Box 309, Estero, FL 33929.
>
> If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

COME(S) NOW, Debtor(s), James Benton & Melba Goliszeski, by and through the undersigned attorney and move(s) for court approval of a settlement agreement entered into between the debtors and NationStar Mortgage involving the debtors' motion for sanctions against NationStar Mortgage, for violations of the Automatic Stay and in support there of states as follows:

1. Debtors filed a Motion for Sanctions against NationStar Mortgage for alleged violations of the automatic stay provision of the bankruptcy code, 11 U.S.C. §362.
2. Debtors and NationStar Mortgage want to enter a settlement agreement whereby no liability is admitted, but NationStar Mortgage agrees to pay the costs of the debtor's counsel of $1500 to avoid litigation.

WHEREFORE, Debtor(s), James Benton & Melba Goliszeski, respectfully request this court to approve settlement agreement between debtors and NationStar Mortgage and for such and further relief that this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnish to the and

| | | |
|---|---|---|
| U.S. Trustee<br>501 E. Polk Street, Suite 1200<br>Tampa, FL 33602 | Jon M. Waage, Trustee<br>P.O. Box 25001<br>Bradenton, FL 34206 | NationStar Mortgage<br>350 Highland Dr.<br>Lewisville, TX 75067 |
| Mr. Jay Bray - CEO<br>NationStar Mortgage<br>350 Highland Drive<br>Lewisville, TX 75067 | NationStar Mortgage<br>P.O. Box 650783<br>Dallas, TX 75265-0783 | James Benton & Melba Goliszeski<br>2153 Gardenia Circle West<br>North Fort Myers, FL 33917 |

DATED: July 1, 2012

By:   /s/ Adrian R. Lynn
Adrian R. Lynn, Esq.
P.O. Box 309
Estero, FL 33929
Tel. (239) 332-3720
Fax (239) 244-8915